

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, February 3, 2015

No. 04-15-00017-CR

The **STATE** of Texas,
Appellant

v.

Joseph **LOSOYA**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 29941
Lynn Ellison, Judge Presiding

# O R D E R

The court reporter's notification of late record is NOTED. Time is extended to March 2, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court